**4**

Michelle Barbara BUSH, Appellant,

v.

Douglas M. TOPOLSKI,
et al., Appellees.

No. 99–7280.

United States Court of Appeals,
District of Columbia Circuit.

June 7, 2000.

Rehearing Denied Oct. 25, 2000.

Before WILLIAMS, RANDOLPH, and ROGERS, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 36; D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the judgment, entered December 22, 1999, be affirmed substantially for the reasons stated by the district court in its December 14, 1999 memorandum and dismissal order.

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.